USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/16/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FAIRWIND INTERNATIONAL SHIPPING CO. LTD.,

                      Plaintiff,

    -against-

TNT SHIPPING COMPANY LTD. and ASIA VIET MARITIME CO. LTD.,

                      Defendants.

08 Civ. 10601 (RJH)

**ORDER**

For the reasons stated on the record at the Conference held April 14, 2009, defendant Asiaviet Marine Co. Ltd.'s motion to vacate the attachment against it [15] is DENIED in part and GRANTED in part. The attachment shall remain in effect for the reduced amount of $50,000.

SO ORDERED.

Dated: New York, New York
April 14, 2009

                                                           Richard J. Holwell
                                                           United States District Judge